IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

William Hesson, on
behalf of JDH,

       Plaintiff,

       v.                      Case No. 2:13-cv-926

Carolyn W. Colvin,
Acting Commissioner of
Social Security,

       Defendant.


<u>ORDER</u>

This matter is before the court for consideration of the September 22, 2014, report and recommendation of the magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The magistrate judge recommended that plaintiff's statement of errors be overruled, and that judgment be entered in favor of the defendant Commissioner of Social Security.

The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report would "result in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." Doc. 21, p. 12.

The court has reviewed the report and recommendation of the magistrate judge. Noting that no objections have been filed and that the time for filing such objections has expired, the court adopts the report and recommendation of the magistrate judge (Doc. 21). Plaintiff's statement of errors is overruled, and the

decision of the Commissioner is affirmed.  The clerk is directed to enter judgment in favor of the defendant Commissioner of Social Security.

Date: October 10, 2014 _____s/James L. Graham_____
                       James L. Graham
                       United States District Judge